WILLIAM C. VOEHL et al., Appellants, *v.* TITLE GUARANTEE AND TRUST COMPANY, Respondent.

(Argued March 5, 1935; decided March 19, 1935.)

*Jacob Lippman* for appellants.

*Richard S. Holmes* and *Carleton H. Endemann* for respondent.

Judgment affirmed, with costs; no opinion.

Concur: CRANE, Ch. J., LEHMAN, O'BRIEN, HUBBS, CROUCH and LOUGHRAN, JJ. Not sitting: FINCH, J.